NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ROBERT DEALS, *Petitioner*.

No. 1 CA-CR 25-0024 PRPC
FILED 7-22-2025

Petition for Review from the Superior Court in Maricopa County
No. CR2011-102084-003
The Honorable Margaret LaBianca, Judge

**AFFIRMED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Robert E. Prather
*Counsel for Respondent*

DiMaggio Law Office, PLLC, Scottsdale
By Kaitlin DiMaggio, Alexandria J. Hakala
*Counsel for Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Michael S. Catlett, Judge Daniel J. Kiley, and Vice Chief Judge David D. Weinzweig delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner Robert Deals seeks review of the superior court's order denying his petition for post-conviction relief.  This is petitioner's third petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Reed*, 252 Ariz. 236, 238, ¶ 6 (App. 2021).  Petitioner bears the burden to show the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review and the response.  We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.

